UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

    Plaintiff,

and

SIERRA CLUB,

    Intervenor-Plaintiff,

v.

WALNUTDALE FAMILY FARMS, LLC,
et al.,

    Defendants.
_____/

Case No. 1:20-cv-00397-PLM-PJG

Hon. Paul L. Maloney

## **CORRECTED ORDER**

The Court was informed on January 27, 2021, during the continued settlement conference, of the parties' agreement to settle this matter. The Court erroneously ordered the parties to file stipulated dismissal papers. (1/27/21 Order, ECF No. 26). That order is hereby **VACATED**. Instead,

**IT IS ORDERED** that the United States shall file the proposed consent decree with this Court within seven days of the Department of Justice's approval of it.

**IT IS SO ORDERED.**

Date: January 28, 2020

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge